# EXHIBIT "B"

# CONTRACTOR ESTIMATE



**W.B. DAY CONSTRUCTION, LLC**

1215 Yorkshire Drive
Memphis, TN 38119
P: 901.729.6355
E: wbdayconstruction@gmail.com

**W.B. DAY CONSTRUCTION, LLC**

1215 Yorkshire Drive
Memphis, TN 38119
P: 901.729.6355
E: wbdayconstruction@gmail.com

Insured:      Cox's Paradise, LLC
Property:     185 Hwy 45 West
              Humboldt , TN 38343

**Claim Number:** FNK8864        **Policy Number:**              **Type of Loss:** Hail/Wind/Water

Date of Loss:                              Date Received:
Date Inspected:                            Date Entered:      11/29/2023 12:59 PM

Price List:      TNME8X_NOV23
                 Restoration/Service/Remodel
Estimate:        185_HWY45_PRATTBLDG3

######## NOTICE ########

This good faith preliminary estimate has been prepared to the best of our knowledge based upon personal observations and is subject to change after receiving design drawings and other reports. We assume no responsibility for prices, errors, omissions, human error, or charges out of our control as this is our opinion of the necessary work required to restore this hail and wind damaged property to its replacement cost condition using materials of like, kind, and quality at rates which reflect our workmanship quality, experience, and our construction business model and per the installation. The line-item pricing in this estimate does not represent our total cost of goods or services due to pricing for this project is based upon an entire scope of work that may change subsequent to any modifications of the scope, materials, conditions, or scheduling constraints. Any change to this original estimate including, but not limited to, material upgrades, code requirements, or unforeseen costs or damages will be included in a separate estimate unless otherwise noted. We charge overhead and profit on all projects, as well as the job related overhead general conditions, along with overhead and labor adjustments due to the current economic and inflationary environment factors and pricing indexes we are working under, and all are subject to change as labor, equipment, and fuel prices, etc. fluctuate.  The standard for General Contractors in the Insurance and Restoration Industry generally require a minimum of thirty-eight to forty percent profit margin to break even. Even larger Restoration Contractors, like Belfor and ServPro, estimate jobs at much larger margins than twenty percent through substantial discounts based on their national volume, which is not feasible for our ontracting businesses, and is accounted for herein via overhead & profit. The accuracy of these quantities/prices will need to be verified after completion of work, and any charges for the work will include all work required to restore the dwelling to replacement cost condition regardless of whether the trade description and quantities are currently shown in this document. Any potential discrepancies should be brought to our attention, in a timely manner, in order to address the same.

Be advised that this is our preliminary estimations and opinions of the costs to perform the work required and does not include hidden damages code upgrades, contingency costs,  etc. and shall subject to supplementation during the repair process.

•        Manufacturer Installation Instructions
•        Local Building and Zoning Code
•        International Building Code (IBC)
•        International Residential Code (IRC)
•        International Energy Conservation Code (IECC)

FOLLOW LINK TO HIGHER QUALITY PICTURES AND MATTERPORT:

https://app.companycam.com/report/95209a9d-5b2c-4d7d-8061-7993a4d2ac6c

**185_HWY45_PRATTBLDG2**

### Main Roof - F5 / F6

| | |
|---|---|
| 152172.25  Surface Area | 1521.72  Number of Squares |
| 2836.64  Total Perimeter Length | 510.07  Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 235.  Dust and Debris control barrier Bid* | 130,120. SF 00 | 1.85 | 0.00 | 74,864.54 | 315,586.54 | (0.00) | 315,586.54 |

*1 mobilization(s) for installation and 1 mobilization(s) for removal. All additional mobilizations requested or required by the Customer will result in minimum per incident charges of $6,700 plus any additional time, material, and equipment costs.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Remove Metal roofing | 130,120. SF 00 | 1.25 | 0.00 | 50,584.15 | 213,234.15 | (0.00) | 213,234.15 |
| 2.  Metal roofing | 148,638. SF 00 | 9.00 | 58,983.27 | 434,381.56 | 1,831,106.83 | (0.00) | 1,831,106.83 |
| 3.  R&R Closure strips for metal panels | 1,010.00 LF | 2.25 | 50.22 | 722.37 | 3,045.09 | (0.00) | 3,045.09 |
| 4.  Apply roofing sealant/cement - per LF | 3,200.00 LF | 0.55 | 84.24 | 573.56 | 2,417.80 | (0.00) | 2,417.80 |
| 5.  R&R Ridge cap - metal roofing | 510.00 LF | 8.42 | 189.95 | 1,394.57 | 5,878.72 | (519.52) | 5,359.20 |
| 21.  R&R Fascia - metal - 10" | 1,587.00 LF | 8.88 | 685.46 | 4,595.98 | 19,374.00 | (0.00) | 19,374.00 |
| 6.  R&R Ridge end cap for metal roofing | 2.00 EA | 36.66 | 3.45 | 23.88 | 100.65 | (0.00) | 100.65 |
| 7.  R&R Steel wall coping - large | 225.00 LF | 18.88 | 281.68 | 1,408.73 | 5,938.41 | (0.00) | 5,938.41 |
| 8.  Butyl tape / sealing metal roofing panels for low slopes | 7,600.00 LF | 0.80 | 103.74 | 1,923.14 | 8,106.88 | (0.00) | 8,106.88 |
| 9.  R&R Eave trim for metal roofing * | 1,092.00 LF | 4.51 | 151.19 | 1,578.67 | 6,654.78 | (0.00) | 6,654.78 |
| 10.  R&R Gable trim for metal roofing* | 550.00 LF | 5.27 | 127.63 | 941.13 | 3,967.26 | (349.07) | 3,618.19 |
| 20.  R&R Flashing - L flashing - color finish | 1,300.00 LF | 4.69 | 318.14 | 1,995.11 | 8,410.25 | (0.00) | 8,410.25 |
| 11.  R&R SPECIALTY EXHAUST VENTILATOR* | 6.00 EA | 4,605.00 | 1,104.51 | 8,936.43 | 37,670.94 | (0.00) | 37,670.94 |
| 241.  Remove Vinyl-faced/laminated insulation - 4" | 130,120. SF 00 | 1.00 | 0.00 | 40,467.32 | 170,587.32 | (0.00) | 170,587.32 |

Mary Jo O'Neal applied improper material for line item.
Applied RFG due to roof top application and workers compensation classification.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 242.  Vinyl-faced/laminated insulation - 6" | 148,638. SF 00 | 1.53 | 16,666.04 | 75,909.56 | 319,991.74 | (0.00) | 319,991.74 |

Line item includes 8% waste for installation due to purlin spacing and length of insulation rolls.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 243.  Insulation - ISO board, 1 1/2" | 1,487.00 SQ | 203.41 | 14,533.05 | 98,588.16 | 415,591.88 | (0.00) | 415,591.88 |

See requirement from Reed's Metal per energy mandates in report.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12.  Remove Additional charge for high roof (2 stories or greater) | 1,302.00 SQ | 5.49 | 0.00 | 2,223.03 | 9,371.01 | (0.00) | 9,371.01 |
| 13.  Additional charge for high roof (2 stories or greater) | 1,487.00 SQ | 14.25 | 0.00 | 6,590.01 | 27,779.76 | (0.00) | 27,779.76 |
| 14.  Paint Purlins to inhibit Rust spreading - two coats* | 1.00 SF | 385,620.00 | 10,485.06 | 123,188.67 | 519,293.73 | (0.00) | 519,293.73 |

*Labor, Materials, equipment to paint purlins and structurals over occupied heights.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15.  Steel Worker - per hour | 320.00 HR | 72.55 | 0.00 | 7,220.18 | 30,436.18 | (0.00) | 30,436.18 |

**CONTINUED - Main Roof - F5 / F6**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *Labor for lateral and structural layout and alignment and blocking operations.* | | | | | | | |
| 16.  Roofer - per hour | 220.00 HR | 79.38 | 0.00 | 5,431.18 | 22,894.78 | (0.00) | 22,894.78 |
| *Additional labor required for end of day temporary roof closures to prevent interior damage.* | | | | | | | |
| *4 roofers x 1 hr/day x 110 days = 220 Roofer labor hours.* | | | | | | | |
| 17.  Roofing - General Laborer - per hour | 320.00 HR | 37.14 | 0.00 | 3,696.17 | 15,580.97 | (0.00) | 15,580.97 |
| 18.  Electrician - per hour | 220.00 HR | 85.67 | 0.00 | 5,861.54 | 24,708.94 | (0.00) | 24,708.94 |
| *Required for electrician to detach and reset electrical for safe roofing operations* | | | | | | | |
| 19.  General Demolition - per hour | 1,120.00 HR | 47.24 | 0.00 | 16,454.64 | 69,363.44 | (0.00) | 69,363.44 |
| *General Labor 2 men to clean up debris around the exterior and interior building / property for 5 months.* | | | | | | | |
| 272.  Plumber - General Laborer - per hour | 120.00 HR | 50.91 | 0.00 | 1,899.96 | 8,009.16 | (0.00) | 8,009.16 |
| **Totals:  Main Roof - F5 / F6** | | | **103,767.63** | **971,454.24** | **4,095,101.21** | **868.59** | **4,094,232.62** |

**Roof  F 3**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 249.  Remove Single-ply membrane - Mech. att. - 60 mil - fleece back | 148.00 SQ | 138.25 | 0.00 | 6,363.37 | 26,824.37 | (0.00) | 26,824.37 |
| *Mitigation installed by others* | | | | | | | |
| 251.  Remove Insulation - ISO board, 2" | 174.00 SQ | 55.04 | 0.00 | 2,978.43 | 12,555.39 | (0.00) | 12,555.39 |
| 24.  Remove Metal roofing | 14,747.00 SF | 1.25 | 0.00 | 5,732.89 | 24,166.64 | (0.00) | 24,166.64 |
| 25.  Metal roofing | 17,401.00 SF | 9.00 | 6,905.15 | 50,852.90 | 214,367.05 | (0.00) | 214,367.05 |
| 26.  R&R Closure strips for metal panels | 290.00 LF | 2.25 | 14.42 | 207.42 | 874.34 | (0.00) | 874.34 |
| 27.  Apply roofing sealant/cement - per LF | 924.00 LF | 0.55 | 24.32 | 165.62 | 698.14 | (0.00) | 698.14 |
| 28.  R&R Sidewall flashing for metal roofing - 26 gauge | 740.00 LF | 4.97 | 152.96 | 1,191.37 | 5,022.13 | (0.00) | 5,022.13 |
| 29.  R&R Steel wall coping - large | 225.00 LF | 18.88 | 281.68 | 1,408.73 | 5,938.41 | (0.00) | 5,938.41 |
| 30.  Butyl tape / sealing metal roofing panels for low slopes | 494.00 LF | 0.80 | 6.74 | 125.01 | 526.95 | (0.00) | 526.95 |
| 244.  Remove Vinyl-faced/laminated insulation - 4" | 14,747.00 SF | 1.00 | 0.00 | 4,586.32 | 19,333.32 | (0.00) | 19,333.32 |
| *Mary Jo O'Neal applied improper material for line item.* | | | | | | | |
| *Applied RFG due to roof top application and workers compensation classification.* | | | | | | | |
| 245.  Vinyl-faced/laminated insulation - 6" | 17,401.00 SF | 1.53 | 1,951.09 | 8,886.71 | 37,461.33 | (0.00) | 37,461.33 |
| *Line item includes 8% waste for installation due to purlin spacing and length of insulation rolls.* | | | | | | | |
| 246.  Insulation - ISO board, 1 1/2" | 174.00 SQ | 203.41 | 1,700.57 | 11,536.21 | 48,630.12 | (0.00) | 48,630.12 |
| *See requirement from Reed's Metal per energy mandates in report.* | | | | | | | |

**CONTINUED - Roof  F 3**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31.  Remove Additional charge for high roof (2 stories or greater) | 148.00 SQ | 5.49 | 0.00 | 252.70 | 1,065.22 | (0.00) | 1,065.22 |
| 32.  Additional charge for high roof (2 stories or greater) | 174.00 SQ | 13.95 | 0.00 | 754.90 | 3,182.20 | (0.00) | 3,182.20 |
| 33.  Steel Worker - per hour | 30.00 HR | 72.55 | 0.00 | 676.90 | 2,853.40 | (0.00) | 2,853.40 |
| Bridging and lateral bracing | | | | | | | |
| 34.  Roofer - per hour | 180.00 HR | 79.38 | 0.00 | 4,443.69 | 18,732.09 | (0.00) | 18,732.09 |
| Additional labor required for end of day temporary roof closures to prevent interior damage. 2 roofers x 1 hr/day x 90 days = 180 Roofer labor hours. | | | | | | | |
| 35.  Roofing - General Laborer - per hour | 100.00 HR | 37.14 | 0.00 | 1,155.05 | 4,869.05 | (0.00) | 4,869.05 |
| 36.  Electrician - per hour | 20.00 HR | 85.67 | 0.00 | 532.87 | 2,246.27 | (0.00) | 2,246.27 |
| Required for electrician to detach and reset for safe operations | | | | | | | |
| 38.  R&R Gutter / downspout - Inline* | 170.00 LF | 49.29 | 681.40 | 2,817.89 | 11,878.59 | (0.00) | 11,878.59 |
| In Line Gutter and connector flashing and box included. | | | | | | | |
| 39.  R&R Packaged air conditioning unit - 2 ton 13 SEER | 3.00 EA | 2,770.08 | 519.54 | 2,746.07 | 11,575.85 | (0.00) | 11,575.85 |
| 233.  R&R Exhaust fan - Commercial * | 1.00 EA | 1,057.09 | 66.20 | 349.35 | 1,472.64 | (0.00) | 1,472.64 |
| 234.  R&R Exhaust fan - Commercial | 1.00 EA | 797.28 | 52.51 | 264.29 | 1,114.08 | (0.00) | 1,114.08 |
| 37.  HVAC Technician - per hour | 14.00 HR | 96.44 | 0.00 | 419.90 | 1,770.06 | (0.00) | 1,770.06 |
| **Totals:  Roof  F 3** | | | **12,356.58** | **108,448.59** | **457,157.64** | **0.00** | **457,157.64** |

**Roof F 4**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 247.  Remove Standing seam metal roofing | 2,673.00 SF | 1.94 | 0.00 | 1,612.72 | 6,798.34 | (0.00) | 6,798.34 |
| **MAIN ROOF** | | | | | | | |
| 248.  Standing seam metal roofing | 2,923.00 SF | 18.50 | 2,505.08 | 17,596.57 | 74,177.15 | (0.00) | 74,177.15 |
| 42.  R&R Closure strips for metal panels | 158.00 LF | 2.25 | 7.86 | 113.01 | 476.37 | (0.00) | 476.37 |
| 43.  Apply roofing sealant/cement - per LF | 456.00 LF | 0.55 | 12.00 | 81.73 | 344.53 | (0.00) | 344.53 |
| 44.  Butyl tape / sealing metal roofing panels for low slopes | 550.00 LF | 0.80 | 7.51 | 139.18 | 586.69 | (0.00) | 586.69 |
| 45.  R&R Eave trim for metal roofing * | 158.00 LF | 4.51 | 21.88 | 228.42 | 962.88 | (0.00) | 962.88 |
| 46. R&R Flashing - L flashing - color finish | 80.00 LF | 4.69 | 19.58 | 122.78 | 517.56 | (0.00) | 517.56 |
| 47.  R&R Fascia - metal - 10" | 158.00 LF | 6.72 | 50.99 | 346.06 | 1,458.81 | (0.00) | 1,458.81 |
| 48.  R&R Gutter / downspout - box - aluminum - 7" to 8" | 80.00 LF | 22.10 | 140.48 | 593.54 | 2,502.02 | (0.00) | 2,502.02 |

1/4/2024    Page: 4

**CONTINUED - Roof F 4**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 49.  R&R Gutter / downspout - box - aluminum - 6" | 80.00 LF | 12.24 | 63.57 | 324.31 | 1,367.08 | (0.00) | 1,367.08 |
| Line item for downspout, outlets, and end caps | | | | | | | |
| 50.  Gutter - Labor Minimum | 1.00 EA | 554.00 | 0.00 | 172.29 | 726.29 | (0.00) | 726.29 |
| Dismantle existing gutters | | | | | | | |
| **Totals:  Roof F 4** | | | **2,828.95** | **21,330.61** | **89,917.72** | **0.00** | **89,917.72** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **GUTTERS** | | | | | | | |
| 105.  R&R Gutter / downspout - box - aluminum - 7" to 8" | 1,020.00 LF | 22.10 | 1,791.09 | 7,567.59 | 31,900.68 | (0.00) | 31,900.68 |
| 106.  R&R Gutter / downspout - box - aluminum - 6" | 1,020.00 LF | 12.24 | 810.52 | 4,134.84 | 17,430.16 | (0.00) | 17,430.16 |
| Line item for downspout, outlets, and end caps | | | | | | | |
| 107.  Gutter / downspout - box - aluminum - 7" to 8" | 1,020.00 EA | 1.10 | 4.97 | 350.49 | 1,477.46 | (0.00) | 1,477.46 |
| 108.  Prime & paint gutter / downspout - Oversized | 1,020.00 LF | 3.47 | 57.68 | 1,118.69 | 4,715.77 | (0.00) | 4,715.77 |
| **EXTERIOR WALL:** | | | | | | | |
| 109.  Remove Wall/roof panel - ribbed - up to 1"* | 50,380.00 EA | 8.25 | 0.00 | 129,262.49 | 544,897.49 | (0.00) | 544,897.49 |
| 110.  Remove Wall/roof panel - ribbed - up to 1"* | 50,380.00 SF | 1.25 | 0.00 | 19,585.23 | 82,560.23 | (0.00) | 82,560.23 |
| 111.  R&R Metal J trim - metal building | 504.00 LF | 4.77 | 57.49 | 765.54 | 3,227.11 | (0.00) | 3,227.11 |
| Wainscot Trim at masonry transitions | | | | | | | |
| 112.  R&R Outside/Inside corner - 26 gauge | 126.00 LF | 7.54 | 39.19 | 307.65 | 1,296.88 | (0.00) | 1,296.88 |
| 113.  Material Only Angle - L 6" x 4" x 5/16" thick | 1,520.00 LF | 14.16 | 2,098.51 | 7,346.36 | 30,968.07 | (0.00) | 30,968.07 |
| 114.  Clean siding - metal or vinyl | 50,380.00 SF | 0.40 | 49.12 | 6,282.55 | 26,483.67 | (0.00) | 26,483.67 |
| 115.  Remove Vinyl-faced/laminated insulation - 6" | 50,380.00 SF | 1.00 | 0.00 | 15,668.18 | 66,048.18 | (0.00) | 66,048.18 |
| Manufacturer standard waste factor is 10%. Actual waste not included waste due to large openings and direct measurements being applied. | | | | | | | |
| 116.  Vinyl-faced/laminated insulation - 6" | 55,038.00 SF | 1.73 | 6,868.74 | 31,748.27 | 133,832.75 | (0.00) | 133,832.75 |
| Manufacturer standard waste factor is 10%. Actual waste is not included waste due to large openings and direct measurements being applied. | | | | | | | |
| 117.  R&R Polyethylene vapor barrier, seam taping & joint caulking | 2,580.00 SF | 0.53 | 40.25 | 437.78 | 1,845.43 | (0.00) | 1,845.43 |

**CONTINUED - Exterior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 118. Install Insulation - General Laborer - per hour | 130.00 HR | 39.89 | 0.00 | 1,612.76 | 6,798.46 | (0.00) | 6,798.46 |
| 119. Install Insulation Installer - per hour | 130.00 HR | 57.07 | 0.00 | 2,307.35 | 9,726.45 | (0.00) | 9,726.45 |
| 120. R&R Box fan - wall ventilator - 50" (w/louvers) | 16.00 EA | 1,086.98 | 1,170.00 | 5,772.68 | 24,334.36 | (0.00) | 24,334.36 |
| Backdraft damper ventilation fan existing on structure. | | | | | | | |
| 122. Prime & paint metal siding | 50,380.00 SF | 3.55 | 5,354.13 | 57,287.18 | 241,490.31 | (0.00) | 241,490.31 |
| 123. Painter - per hour | 200.00 HR | 73.42 | 0.00 | 4,566.72 | 19,250.72 | (0.00) | 19,250.72 |
| Prep hours and Height | | | | | | | |
| 124. Scaffolding (Bid Item) | 1.00 EA | 85,100.00 | 3,401.87 | 27,524.08 | 116,025.95 | (0.00) | 116,025.95 |

| Totals: Exterior | | | 21,743.56 | 323,646.43 | 1,364,310.13 | 0.00 | 1,364,310.13 |
|---|---|---|---|---|---|---|---|

**Warehouse Production Area**

**Warehouse Production Area**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 252. Machinery detach & Reset - (Bid Item) | 1.00 EA | 322,100.00 | 12,875.95 | 104,177.52 | 439,153.47 | (0.00) | 439,153.47 |
| *Woods Maintenance and Fabrication - Detach, clean, treat, & reset machinery to assist on floor treatment operations and component testing. Subject to amendment based upon tenant schedules.* | | | | | | | |
| 253. Electrical (Bid)* | 1.00 EA | 320,000.00 | 12,792.00 | 103,498.31 | 436,290.31 | (0.00) | 436,290.31 |
| CenterLine Electric - Detach & reset wall electrical, machinery electrical, conduit operations, safety supervision, and check components, etc. | | | | | | | |
| 278. Apply anti-microbial agent to the surface area - after hours | 130,120.00 SF | 0.43 | 507.47 | 17,558.77 | 74,017.84 | (0.00) | 74,017.84 |
| 257. Scissor lift - 20' platform height (per day) | 25.00 DA | 140.00 | 0.00 | 1,088.50 | 4,588.50 | (0.00) | 4,588.50 |
| 258. Equipment Operator - per hour | 120.00 HR | 54.59 | 0.00 | 2,037.30 | 8,588.10 | (0.00) | 8,588.10 |
| 254. Floor protection - cardboard and tape | 130,120.00 SF | 0.68 | 3,552.28 | 28,622.54 | 120,656.42 | (0.00) | 120,656.42 |
| 159. Acid wash floor* | 130,120.00 SF | 1.33 | 1,268.67 | 54,216.10 | 228,544.37 | (0.00) | 228,544.37 |
| 162. Clean floor, strip & wax - several layers of wax | 130,120.00 SF | 1.04 | 1,903.01 | 42,677.84 | 179,905.65 | (0.00) | 179,905.65 |
| I find this scope of work necessary due to the interior scope of project. | | | | | | | |
| 270. Waterproof concrete & masonry paint | 130,120.00 SF | 2.03 | 9,261.29 | 85,028.92 | 358,433.81 | (0.00) | 358,433.81 |
| 237. Negative air fan/Air scrubber (24 hr period) - No monit. | 155.00 DA | 74.75 | 0.00 | 3,603.33 | 15,189.58 | (0.00) | 15,189.58 |
| *Required for scope of work to keep employees and workers safe.* | | | | | | | |
| 239. HEPA Vacuuming - hourly charge | 1,200.00 HR | 72.42 | 0.00 | 27,027.14 | 113,931.14 | (0.00) | 113,931.14 |

**CONTINUED - Warehouse Production Area**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 240. Add for HEPA filter (for canister/backpack vacuums) | 45.00 EA | 70.86 | 262.11 | 1,073.21 | 4,524.02 | (0.00) | 4,524.02 |
| 238. Final cleaning - construction - Commercial | 130,120. SF 00 | 0.50 | 0.00 | 20,233.66 | 85,293.66 | (0.00) | 85,293.66 |
| 273. General Laborer - per hour | 300.00 HR | 50.91 | 0.00 | 4,749.90 | 20,022.90 | (0.00) | 20,022.90 |
| *Stock manipulation allowance* | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Warehouse Production Area** | | | **42,422.78** | **495,593.04** | **2,089,139.77** | **0.00** | **2,089,139.77** |

### Wall Finishes

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 262. Remove Wall/roof panel - ribbed - up to 1"* | 50,380. EA 00 | 8.25 | 0.00 | 129,262.49 | 544,897.49 | (0.00) | 544,897.49 |
| 263. Remove Wall/roof panel - ribbed - up to 1"* | 50,380. SF 00 | 1.25 | 0.00 | 19,585.23 | 82,560.23 | (0.00) | 82,560.23 |
| 264. Clean siding - metal or vinyl | 50,380. SF 00 | 0.40 | 49.12 | 6,282.55 | 26,483.67 | (0.00) | 26,483.67 |
| 267. Prime & paint metal siding | 50,380. SF 00 | 3.55 | 5,354.13 | 57,287.18 | 241,490.31 | (0.00) | 241,490.31 |
| 268. Painter - per hour | 200.00 HR | 73.42 | 0.00 | 4,566.72 | 19,250.72 | (0.00) | 19,250.72 |
| *Occupied / Height / Safety Rules* | | | | | | | |
| 269. Mask and prep for paint - paper and tape (per LF) | 5,800.00 LF | 1.14 | 33.93 | 2,066.88 | 8,712.81 | (0.00) | 8,712.81 |
| 275. Paint masonry | 35,000. SF 00 | 3.65 | 3,685.50 | 40,876.45 | 172,311.95 | (0.00) | 172,311.95 |
| 265. Scaffolding (Bid Item) | 1.00 EA | 24,250.00 | 969.39 | 7,843.23 | 33,062.62 | (0.00) | 33,062.62 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: Wall Finishes** | | | **10,092.07** | **267,770.73** | **1,128,769.80** | **0.00** | **1,128,769.80** |

**Control room**                               **Height: 8'**

| | | | |
|---|---|---|---|
| 576.00 SF Walls | | 288.00 SF Ceiling | |
| 864.00 SF Walls & Ceiling | | 288.00 SF Floor | |
| 32.00 SY Flooring | | 72.00 LF Floor Perimeter | |
| 72.00 LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**CONTINUED - Control room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Wall** | | | | | | | |
| 149. R&R Waterproof paneling w/trim - Commercial (FRP) | 64.00 SF | 4.55 | 11.73 | 94.21 | 397.14 | (0.00) | 397.14 |
| 150. Paint the walls - two coats | 576.00 SF | 1.06 | 14.60 | 194.42 | 819.58 | (0.00) | 819.58 |
| **Floor** | | | | | | | |
| 151. Clean floor - Heavy | 288.00 SF | 0.66 | 0.28 | 59.19 | 249.55 | (0.00) | 249.55 |
| **Totals:  Control room** | | | 26.61 | 347.82 | 1,466.27 | 0.00 | 1,466.27 |

**Mens Bathroom**                                                                                    **Height: 8'**

| 448.00 SF Walls | 192.00 SF Ceiling |
|---|---|
| 640.00 SF Walls & Ceiling | 192.00 SF Floor |
| 21.33 SY Flooring | 56.00 LF Floor Perimeter |
| 56.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 143. R&R Suspended ceiling tile - 2' x 4' | 8.00 SF | 2.34 | 1.02 | 6.13 | 25.87 | (0.00) | 25.87 |
| **Floor** | | | | | | | |
| 144. Clean floor - Heavy | 192.00 SF | 0.66 | 0.19 | 39.47 | 166.38 | (0.00) | 166.38 |
| 145. Floor protection - heavy paper and tape | 192.00 SF | 0.31 | 1.31 | 18.92 | 79.75 | (0.00) | 79.75 |
| **Totals:  Mens Bathroom** | | | 2.52 | 64.52 | 272.00 | 0.00 | 272.00 |
| **Total:  Warehouse Production Area** | | | 52,543.98 | 763,776.11 | 3,219,647.84 | 0.00 | 3,219,647.84 |

**General**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ****GENERAL CONDITIONS**** | | | | | | | |
| 164. Temporary Repairs (Bid Item) | 1.00 EA | 94.81 | 3.79 | 30.66 | 129.26 | (0.00) | 129.26 |
| Repairs performed on the structure before and after opening claim. | | | | | | | |
| 165. Engineering fees (Bid Item) | 1.00 EA | 65,850.00 | 0.00 | 20,479.35 | 86,329.35 | (0.00) | 86,329.35 |

185_HWY45_PRATTBLDG3                                                    1/4/2024          Page: 8

**CONTINUED - General**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Project Design professional is required on this project | | | | | | | |
| 166.  Performance Bond for Project* | 1.00 EA | 1,200.00 | 0.00 | 373.20 | 1,573.20 | (0.00) | 1,573.20 |
| 167.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 27,200.00 | 0.00 | 8,459.20 | 35,659.20 | (0.00) | 35,659.20 |
| Contingent allowance | | | | | | | |
| 168.  Commercial Supervisor - per hour* | 1,728.00 HR | 66.18 | 14,617.66 | 35,565.67 | 164,542.37 | (0.00) | 164,542.37 |
| 169. R&R Sheathing - plywood - 1/2" CDX | 256.00 SF | 2.74 | 27.21 | 226.61 | 955.26 | (0.00) | 955.26 |
| Plywood is for placing under the dumpster to protect the ground surface from delivery and pick of dumpster weight with debris. | | | | | | | |
| 170.  Siding Installer - per hour | 1,510.00 HR | 80.65 | 0.00 | 37,874.05 | 159,655.55 | (0.00) | 159,655.55 |
| 172.  Electrician - per hour | 200.00 HR | 114.53 | 0.00 | 7,123.77 | 30,029.77 | (0.00) | 30,029.77 |
| 187.  Plumber - per hour | 158.00 HR | 144.40 | 0.00 | 7,095.53 | 29,910.73 | (0.00) | 29,910.73 |
| *Plumber hours for roof related work.* | | | | | | | |
| 171.  General clean - up | 600.00 HR | 50.64 | 0.59 | 9,449.61 | 39,834.20 | (0.00) | 39,834.20 |
| **EQUIPMENT / LIFTS** | | | | | | | |
| 205.  Rental Equipment* | 6.00 EA | 440.00 | 38.61 | 833.05 | 3,511.66 | (0.00) | 3,511.66 |
| 173.  Telehandler/forklift (per month) - no operator | 5.00 MO | 3,207.05 | 0.00 | 4,986.97 | 21,022.22 | (0.00) | 21,022.22 |
| This project will require more than one of this type of equipment. | | | | | | | |
| 174.  Boom or spider lift - 50'-60' reach (per month) | 5.00 MO | 3,299.86 | 0.00 | 5,131.29 | 21,630.59 | (0.00) | 21,630.59 |
| This project will require more than one of this type of equipment. | | | | | | | |
| 175.  Scissor lift - 26' platform height (per month) | 5.00 MO | 1,115.00 | 0.00 | 1,733.83 | 7,308.83 | (0.00) | 7,308.83 |
| This project will require more than one of this type of equipment. | | | | | | | |
| 176.  Crane and operator - 30 ton capacity | 40.00 HR | 168.00 | 0.00 | 2,089.92 | 8,809.92 | (0.00) | 8,809.92 |
| 177.  Equipment Operator - per hour | 2,100.00 HR | 66.68 | 0.00 | 43,548.71 | 183,576.71 | (0.00) | 183,576.71 |
| Safe operation of boom lift 40 hours a week for 8 weeks. 320 hours total | | | | | | | |
| 178.  HVAC Technician - per hour | 200.00 HR | 107.41 | 0.00 | 6,680.90 | 28,162.90 | (0.00) | 28,162.90 |
| **STORAGE** | | | | | | | |
| 179.  Job-site cargo/storage container - 20' long - per month* | 7.00 MO | 96.83 | 66.09 | 231.35 | 975.25 | (0.00) | 975.25 |
| 180.  Job-site cargo/storage container - 40' long - per month* | 7.00 MO | 131.84 | 89.98 | 315.00 | 1,327.86 | (0.00) | 1,327.86 |
| Due to the large scale repairs needed to the interior of the dwelling, requirements for a container will be required. | | | | | | | |
| 181.  Job-site moving/storage container - 20' long - per month* | 5.00 MO | 235.00 | 114.56 | 401.05 | 1,690.61 | (0.00) | 1,690.61 |
| 182.  Padlock and hasp | 5.00 EA | 41.35 | 12.25 | 68.11 | 287.11 | (0.00) | 287.11 |
| Allowance to secure materials and site security to the restoration project. | | | | | | | |
| ****** DEBRIS REMOVAL ****** | | | | | | | |
| 183.  Single axle dump truck - per load - including dump fees | 14.00 EA | 214.82 | 0.00 | 935.32 | 3,942.80 | (0.00) | 3,942.80 |

**CONTINUED - General**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Removal of the non-roofing materials damaged to the local landfill. Roofing materials to be discard in a job-site waste receptacle designated for roofing materials only, Materials cannot be mixed for disposal to local landfill. | | | | | | | |
| 184.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 21.00 EA | 912.23 | 0.00 | 5,957.77 | 25,114.60 | (0.00) | 25,114.60 |
| Removal of the non-roofing materials damaged to the local landfill. Roofing materials to be discard in a job-site waste receptacle designated for roofing materials only, Materials cannot be mixed for disposal to local landfill. | | | | | | | |
| 185.  Debris chute hopper - (per week) - 30" x 4' section | 1.00 WK | 30.05 | 0.00 | 9.35 | 39.40 | (0.00) | 39.40 |
| 186.  General Laborer - per hour | 1,120.00 HR | 50.13 | 0.00 | 17,461.28 | 73,606.88 | (0.00) | 73,606.88 |
| *Additional labor for cutting metal to fit in dumpsters.* | | | | | | | |
| 188.  Fuel surcharge | 2,100.00 EA | 4.98 | 0.00 | 3,252.44 | 13,710.44 | (0.00) | 13,710.44 |
| **\*\*\*\*SAFETY REQUIREMENTS FOR OCCUPANTS\*\*\*\*** | | | | | | | |
| 190.  Safety Evaluation and/or Supervisor/Admin - after hours* | 1,560.00 HR | 83.78 | 16,705.99 | 40,646.70 | 188,049.49 | (0.00) | 188,049.49 |
| Protocol Administration and Implementation | | | | | | | |
| 231.  R&R Fall Protection netting* | 20,000.00 SF | 3.26 | 3,412.50 | 21,338.49 | 89,950.99 | (0.00) | 89,950.99 |
| 274.  Barricade and warning device - setup and takedown | 240.00 HR | 73.41 | 0.00 | 5,479.32 | 23,097.72 | (0.00) | 23,097.72 |
| 197.  Temporary fencing - 5-8 months (per month) | 12,000.00 LF | 1.36 | 0.00 | 5,075.52 | 21,395.52 | (0.00) | 21,395.52 |
| Temporary fencing for security and safety of materials on project and where unsecured/exposed walls during project. | | | | | | | |
| 189.  Two ladders with jacks and plank (per day) | 2.00 DA | 116.63 | 0.00 | 72.55 | 305.81 | (0.00) | 305.81 |
| *Ladder jacks are used to assist when detaching and resting the materials system for restorations and repai*rs. | | | | | | | |
| 191.  Fall protection harness and lanyard - per day | 182.00 DA | 8.00 | 0.00 | 452.82 | 1,908.82 | (0.00) | 1,908.82 |
| Required for work force safety due to roof elevations and conditions. Workers must be in compliance with fall protection at all times. **1926.501(b)(1) ; 1926.501(b)(2); 1926.501(b)(2)(ii)** | | | | | | | |
| 192.  Fall protection harness and lanyard - per week* | 20.00 WK | 22.00 | 0.00 | 136.84 | 576.84 | (0.00) | 576.84 |
| 194.  Caution tape | 12,000.00 LF | 0.11 | 11.70 | 414.16 | 1,745.86 | (0.00) | 1,745.86 |
| 195.  Install Install and remove safety rail system* | 5,744.00 LF | 9.58 | 0.00 | 17,113.56 | 72,141.08 | <0.00> | 72,141.08 |
| **OSHA Standard 29 CFR 1910.23 OSHA Standard 29 CFR 1926.501, 29 CFR 1926.502** | | | | | | | |
| 196.  Roofer - per hour | 33.00 HR | 91.82 | 0.00 | 942.35 | 3,972.41 | (0.00) | 3,972.41 |
| Two roofers, 1.5 hours each to setup railing system | | | | | | | |

1926.501(b)
1926.501(b)(1)
"Unprotected sides and edges." Each employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is 6 feet (1.8 m) or more above a lower level shall be protected from falling by the use of guardrail systems, safety net systems, or personal fall arrest systems.

185_HWY45_PRATTBLDG3



**CONTINUED - General**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

1926.501(b)
1926.501(b)(1)
"Unprotected sides and edges." Each employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is 6 feet (1.8 m) or more above a lower level shall be protected from falling by the use of guardrail systems, safety net systems, or personal fall arrest systems.

Two roofers, 1.5 hours each to setup railing system

**1926.501(b); 1926.501(b)(1) -** "Unprotected sides and edges."

1926.501(b)
1926.501(b)(1)
"Unprotected sides and edges." Each employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is 6 feet (1.8 m) or more above a lower level shall be protected from falling by the use of guardrail systems, safety net systems, or personal fall arrest systems.

1926.501(b)
1926.501(b)(1)
"Unprotected sides and edges." Each employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is 6 feet (1.8 m) or more above a lower level shall be protected from falling by the use of guardrail systems, safety net systems, or personal fall arrest systems.

1926.501(b)
1926.501(b)(1)
"Unprotected sides and edges." Each employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is 6 feet (1.8 m) or more above a lower level shall be protected from falling by the use of guardrail systems, safety net systems, or personal fall arrest systems.

1926.501(b)
1926.501(b)(1)
"Unprotected sides and edges." Each employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is 6 feet (1.8 m) or more above a lower level shall be protected from falling by the use of guardrail systems, safety net systems, or personal fall arrest systems.

**\*\*\*\* Temporary Power \*\*\*\***

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 200. Generator - 6,000 watt - portable (per day) | 120.00 DA | 80.00 | 0.00 | 2,985.60 | 12,585.60 | (0.00) | 12,585.60 |
| 201. R&R Temporary power - hookup | 1.00 EA | 437.01 | 0.00 | 135.91 | 572.92 | (0.00) | 572.92 |
| Allowance for Temporary power needed. | | | | | | | |
| 202. Tarp - all-purpose poly - per sq ft (labor and material) | 46,000. SF 00 | 0.82 | 1,345.50 | 12,149.38 | 51,214.88 | (0.00) | 51,214.88 |
| Temporary fortifications necessary to prevent further damages to property . | | | | | | | |
| 203. Traffic cones (per unit, per day) | 280.00 DA | 0.83 | 0.00 | 72.28 | 304.68 | (0.00) | 304.68 |
| 204. Temporary toilet - Minimum rental charge | 3.00 EA | 122.92 | 0.00 | 114.68 | 483.44 | (0.00) | 483.44 |
| Temporary toilets are required. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: General** | | | **36,446.43** | **327,444.15** | **1,411,642.73** | **0.00** | **1,411,642.73** |

**Labor Minimums Applied**



| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 207. Acoustic ceiling tile labor minimum | 1.00 EA | 250.44 | 0.00 | 77.89 | 328.33 | (0.00) | 328.33 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **77.89** | **328.33** | **0.00** | **328.33** |
| **Line Item Totals: 185_HWY45_PRATTBLDG2** | | | **229,687.13** | **2,516,178.02** | **10,638,105.60** | **868.59** | **10,637,237.01** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,048.00 | SF Walls | 960.00 | SF Ceiling | 3,008.00 | SF Walls and Ceiling |
| 960.00 | SF Floor | 106.67 | SY Flooring | 128.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 128.00 | LF Ceil. Perimeter |
| | | | | | |
| 480.00 | Floor Area | 523.56 | Total Area | 1,024.00 | Interior Wall Area |
| 63,561.15 | Exterior Wall Area | 133.33 | Exterior Perimeter of Walls | | |
| | | | | | |
| 152,172.25 | Surface Area | 1,521.72 | Number of Squares | 2,836.64 | Total Perimeter Length |
| 510.07 | Total Ridge Length | 0.00 | Total Hip Length | | |

## Summary for Building

| | |
|---|---:|
| Line Item Total | 7,892,240.45 |
| Material Sales Tax | 198,092.85 |
| Storage Rental Tax | 270.63 |
| | |
| Subtotal | 8,090,603.93 |
| Overhead | 1,213,590.69 |
| Profit | 1,302,587.33 |
| P Ppty Cleaning Tax | 31,323.65 |
| **Replacement Cost Value** | **$10,638,105.60** |
| Less Depreciation | (868.59) |
| **Actual Cash Value** | **$10,637,237.01** |
| **Net Claim** | **$10,637,237.01** |
| | |
| Total Recoverable Depreciation | 868.59 |
| **Net Claim if Depreciation is Recovered** | **$10,529,718.66** |

185_HWY45_PRATTBLDG3