# EXHIBIT "C"





**WILLIAM GRIFFIN**
128 Poplar Street
Gadsden, Tennessee 38337
731 420 1402

January 3, 2023

The Charter Oak Fire Insurance Co.
P.O. Box 430 | Buffalo, NY 14240-0430
W: 843.614.2202   F: 866.381.6247
DWWELLS@travelers.com

**Re:  Proof of Loss and Demand For Payment**

    Insured:   Cox's Paradise, LLC
    Address:   185 Hwy 45 W. Humboldt, TN 38343
       Loss:   Wind/ hail with interior water
Date of Loss:   March 2023
  Policy No.:   Y-630-3S771098-COF-22
   Claim No.:   FNK8864

Dan –

I have attached the Proof of Loss documentation that supports the insureds statutory demand for payment, and which also includes the information you had requested. For your convenience, I have included the full photo report and interactive matterport that you can access by following the links below:

**ComCam Photo Link:**
 https://app.companycam.com/report/a9949f34-bd7e-476f-b339-c05b01dbdbb4
**Matterport Link:**
https://my.matterport.com/show/?m=3X41MBoverA&lang=en&sm=2&sr=-1.64,1.35&sp=-516.5,346.56,94.31&ss=145

Please advise on the status of coverage for the claim as we have had several storms since our inspection and with the heavy rains moving in this weekend, the insured is set for another expensive round of major mitigation on the main roof in order to comply with the policy. I would further request copies of the engineer and consultants' reports as discussed at the October inspection, along with the still-outstanding information that was due to the insureds in mid-September. It would certainly assist your insureds to have that information, especially in their endeavor to determine how the repair process is going to affect them and their Lessee and in the presentation of their claims.

Thanks in advance for your professional assistance in moving this matter forward to conclusion.

Yours Truly,

**William Griffin**
LPIA, CPLAU, OSHA/30
731.420.1402
William@griffinlossconsultants.com



**CC:  F. Cox**
    **M. Shopher**

# PROOF OF LOSS DOCUMENTATION

## Insured:d:

## Cox's Paradise, LLC

185 Hwy 45 West Humboldt, TN 38343

Claim No. FNK8864

## Carrier:

The Charter Oak Fire Insurance Co.

# NOTICE
# OF
# REPRESENTATION

*Tenn. Code Ann. §56-6-914(g)*

**\* \* \* \* \* \* \***

# INSUREDS WRITTEN REQUESTS
# TO CARRIER

*Tenn. Regs. Rules 0780- 01-05 -10*

MISSISSIPPI Lic # 10804233                  TENNESSEE Lic # 2489352                  KENTUCKY Lic # 1178784



**WILLIAM GRIFFIN PUBLIC ADJUSTER**

128 POPLAR STREET | GADSDEN, TENNESSEE 38337 | TN LIC # 2489352
P: 731-420-1402 | E: WILLIAM@GRIFFINLOSSCONSULTANTS.COM

## NOTICE OF REPRESENTATION AND CO-PAYMENT
### TENN. CODE ANN. § 56-6-914(G)

Insured: __COX'S PARADISE, LLC__          Insured: __N/A__
　　　　　　(Print)　　　　　　　　　　　　　　　　　　　　　　(Print)
Carrier: __CHARTER OAK FIRE INSURANCE CO.__          Claim No: __FNK8864__

Pursuant to *Tenn. Code Ann. §56-6-914(g)* William Griffin is authorized to represent insured(s) interests in the aforementioned claim, and within this notice are insured(s) formal requests for all pertinent policy and claim information, instructions, and forms to be produced within fifteen **(15)** calendar days at the mailing or email address listed above, and in part, as noted below:

- Certified copy of declarations page(s), policy, endorsements, and any claim forms or instructions necessary to comply with any duties after loss, policy conditions, or to calculate, present, submit, or obtain benefits.
- Copy the full written disclosure(s) detailing all applicable benefits, coverages, or other provisions of the policy pursuant to TNDCI Rules and Regulations.
- Copy of all written/verbal correspondence, estimates, reports, and photographs produced for or by the carrier materially related to the handling of the claim(s).
- Copy of all communications pertaining to denials or reductions in coverage and the specific reason(s) relied upon for the same that was, or will be, provided to insured(s).
- Insured(s) further request the carrier, its agents, adjusters, or third party vendors communicate directly with William Griffin in all matters pertaining to this claim.

I/We, the undersigned(s), request William Griffin be included as payee on all claim payments.

**NAMED INSURED(S):**

Signature: _____  Name: __FLINT COX__  Date: __09/16/2023__
　　　　　　(Insured 1)　　　　　　　　　　(Print)

Signature: _____  Name: _____  Date: _____
　　　　　　(Insured 2)　　　　　　　　　　(Print)

**PUBLIC ADJUSTER:**

Signature: *William Griffin*  Name: __WILLIAM GRIFFIN__  Date: __09/16/2023__
　　　　　　(Pubic Adjuster)　　　　　　　　(Print)

# PROOF OF LOSS FORM

# Sworn Statement In Proof Of Loss

**Insured:** Cox's Paradise, LLC
**Policy Number:** Y-630-3S771098-COF-22
**Claim Number:** FNK8864

**To: The Charter Oak Fire Insurance Company / NAIC # 25615 / One Tower Square Hartford, CT** 06183

At time of loss, by the above indicated policy of insurance you insured **185 Hwy 45 West Humboldt, TN 38343** against loss by direct physical damage to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and assignments attached thereto

**Origin: Hail/Wind** damage occurring on, or about, **March 13, 2023**. The structure described, or containing property described, was occupied at the time of the loss as follows, and for no other purpose whatsoever: **Warehouse**

**Title and Changes:** At the time of the loss, the interest of your insured in the property described therein was **Owner**. No other person or persons had any interest therein or encumbrance thereon and since the said policy was issued, there has been no assignment thereof, or change of interest, use, occupancy, possession, location, or exposure of the property described.

**STATEMENTS OF INSURED:** The insured(s) reserve(s) any and all right(s) afforded under law and the policy, including, but not limited to, contractor/supplier supplementations to address unknown damages or costs arising before or during repair/replacement. If this Proof of Loss does not comply with the policy conditions, you shall inform the insured(s) within **15** days from the date below or any deficiencies shall be considered waived. The loss did not originate by any act, design or procurement, by or with the consent of insured to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive insurer(s) as to the extent of said loss been made. This documentation is submitted without applicable coverage explanation, adjuster/engineer reports, photos, claim filing forms, or other required information to be produced by carrier within 15 days of insureds written requests filed with notification submittal per Tenn. Code Ann. §56-6-914(g), and as further required under Tenn. Regs § 0780.10.

| | |
|---|---|
| RCV AMOUNT | $ 10,529,718.66 |
| ACV AMOUNT | $ 9,733,400.12 |
| BI / EXTRA EXPENSE | $ *Pending* |
| ADD. ENDORSEMENT AMOUNTS | $ *Pending* |
| BPP AMOUNT | $ *Pending* |
| **TOTAL CLAIM AMOUNT:** (Deductible(s) not included) | **$ 10,529,718.66** |

State: TENNESSEE
County Madison

Insured: _Flint Cox_
Cox's Paradise, LLC / Authorized Signator

Subscribed to and sworn before me this __3rd__ day of __January__, 2024

Personally Known to Me _Flint Cox_

Notary: _Martha M. Shopher_

My commission expires: _Oct. 20 2026_

*(Notary Seal: MARTHA M. SHOPHER — STATE OF TENNESSEE — NOTARY PUBLIC — MADISON COUNTY)*

POL Submittal - 1/2/2024
4  9  185 Hwy 45 W