# EXHIBIT "D"



1500 N.E. 162nd Street
Miami, Florida 33162
info@ILGPA.com
www.ILGPA.com

O 786.529.0090
F 866.239.9520

November 09, 2024

**Via Email to dwwells@travelers.com**
c/o The Charter Oak Fire Insurance Company

**\*\*REQUEST TO INVOKE APPRAISAL\*\***

Re:  Client:                          Cox's Paradise, LLC
     Property:                        185 Hwy 45 West, Humboldt, TN 38343
     Claim:                           FNK8864
     Policy:                          Y-630-3S771098-COF-22
     Date of Loss:                    March 13, 2023

Dear The Charter Oak Fire Insurance Company:

Please accept this letter and the attached document as our request to invoke appraisal for the claim referenced above. To date we have not been able to agree on an amount to the loss or the claim referenced above.

The appraisal process as outlined in the subject insuring agreement reads as follows:

*"If we and you do not agree on the amount of loss, either may demand an appraisal. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will pay its chosen appraiser and share the expenses of the umpire equally. Neither we nor you waive any rights under this policy by agreeing to an appraisal."*

Our appraiser is:
     David Herring (Appraiser)
     David@risedoc.com
     (850) 460-0238 Direct (800) 372-1601 Office

Our office is authorized to negotiate and settle this claim on the client's behalf.

Please direct any questions or communications regarding this appraisal to our dedicated appraisal team. They are fully equipped to handle all aspects of this process efficiently. You can reach them at 786-529-0090.

We look forward to amicably resolving this matter.

Respectfully,

By: *Mordechai Breier*
Mordechai Breier
*For Insurance Litigation Group, P.A.*