Case: **1:25−cv−01080**
Assigned To : **Breen, J. Daniel**
Referral Judge: **York, Jon A.**
Assign. Date : **3/20/2025**
Description: **Cox's Paradise, LLC v. Charter Oak Fire Insurance Co**