IN THE UNITED STATE DISTRICT OCURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| COX'S PARADISE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:25-cv-01080-JDB-jay |
| | ) |
| THE CHARTER OAK FIRE | ) **Jury Demand** |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT

Plaintiff, Cox's Paradise, and Defendant, The Charter Oak Fire Insurance Company, by their respective counsel, stipulate and agree that Plaintiff is voluntarily dismissing Count II of its Complaint without prejudice to file an amended complaint at a later date.

DATED:    July 22, 2025

*/s/ Tania Williams*
Tania Williams
FL Bar #599425
INSURANCE LITITATION GROUP, P.A.
1500 NE 162nd Street
Miami, FL 33162
Telephone: (786) 529-0090
Fax: (866) 239-9520
Twilliams@ilgpa.com
service@ilgpa.com
*Attorney for Plaintiff*

*/s/ El Shon D. Richmond*
El Shon D. Richmond, TN Bar #029608
Matthew S. Ponzi, Pro Hac Vice Admitted
Alexander Bialk, Pro Hac Vice Admitted
FORAN GLENNON PALANDECH PONZI
& RUDLOFF, P.C.
555 Marriott Drive, Suite 315
Nashville, Tennessee 37214
Telephone: (312) 863-5028
erichmond@fgppr.com
mponzi@fgppr.com
abialk@fgppr.com

S. Newton Anderson, TN Bar #9335
Cameron M. Watson, TN Bar #33613
SPICER, RUDSTROM, PLLC.
6060 Primacy Parkway, Suite 401
Memphis, TN 38119
Office: (901) 522-2305
Mobile: (901) 483-5223
nanderson@spicerfirm.com
cwatson@spicerfirm.com

*Attorneys for Defendant*