IN THE UNITED STATE DISTRICT OCURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| COX'S PARADISE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:25-cv-01080-JDB-jay |
| | ) |
| THE CHARTER OAK FIRE | ) **Jury Demand** |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO EXTEND ADR DEADLINE AND MODIFY SCHEDULING ORDER

Defendant, The Charter Oak Fire Insurance Company, and Plaintiff, Cox's Paradise, LLC (the "Parties"), by and through their undersigned attorneys, respectfully move this Court to extend the ADR deadline, modify the remaining Scheduling Order dates, and reset the trial date. In support of this Joint Motion, the Parties state the following:

1. This case is an insurance dispute regarding alleged hail and/ or wind damage to Plaintiff's warehouse in Humboldt, Tennessee, on or about March 13, 2023.

2. As required by the Scheduling Order, the Parties have set an early mediation with Mediator Jancie Holder on November 11, 2025, but due to pre-existing scheduling conflicts, the Parties could not set the mediation prior to the ADR Deadline of October 14, 2025. The later mediation setting was needed in part to accommodate Defense Counsel Alex Bialk's family medical leave related to the recent birth of his child.

3. Due to these scheduling contingencies and the needs of the case, the Parties will also need additional time to complete the discovery phase of this case and ask the Court to permit the conduct of expert discovery to occur after the conclusion of fact discovery, to allow the Parties to make fully-informed decisions about their selection of experts. To allow for this adjustment, the

1

Parties agree that the trial date presently set for June 8, 2026, should also be continued to meet the needs of this case. (Dkt. 32).

4.      This Court has broad discretion under Rule 16(b) to "manage the schedule by which litigation takes place." *HLFIP Holding, Inc. v. Rutherford Cnty., Tennessee*, No. 3:19-CV-00714, 2021 WL 6498858, at *12 (M.D. Tenn. Nov. 15, 2021). A schedule may be modified for "good cause," and the Court has "substantial discretion" over such pretrial matters. *See Trinity Faire LLC v. Am.'s Collectibles Network, Inc.*, No. 3:22-CV-417, 2024 WL 4954303, at *4 (E.D. Tenn. Dec.3, 2024) (quoting *Shelbyville Hosp. Corp. v. Mosley*, No. 4:13-cv-88, 2017 WL 1155046, at *2 (E.D. Tenn. Mar. 27, 2017)).

5.      Good cause exists for the Parties' request, as they have exchanged initial disclosures and scheduled the required early ADR, but believe the current Scheduling Order will not allow them to conduct discovery sufficient to meet the needs of this case. (Dkt. 28).

6.      Based on the foregoing, the Parties jointly request that the Court amend the schedule as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| ADR Deadline under Rule 4.3(a) | October 14, 2025 | December 16, 2025 |
| Motions to Dismiss | October 20, 2025 | December 19, 2025 |
| Complete Written Discovery | December 27, 2025 | April 28, 2026 |
| Complete all Fact Discovery | January 26, 2026 | May 26, 2026 |
| Plaintiff to Disclose Experts and Reports | November 27, 2025 | June 26, 2026 |
| Defendant to Disclose Experts and Reports | December 27, 2025 | July 27, 2026 |
| Depositions of Expert Witnesses | January 26, 2026 | August 28, 2026 |
| Deadline for Dispositive Motions | February 25, 2026 | September 25, 2026 |

| | | |
|---|---|---|
| Trial | June 8, 2026 | February 8, 2027 |

WHEREFORE, for good cause shown, the Parties respectfully request that this Court modify the Scheduling Order (Dkt. 28) in this case to reflect the dates in Paragraph 6 above and adjourn the current trial date and all other pretrial dates set forth in the pretrial Order. (Dkt. 32). The Parties respectfully request that the trial be reset on the Court's docket on February 8, 2027 or thereafter, depending on the Court's calendar.

DATED:      October 13, 2025

*/s/ Tania Williams*
Tania Williams
FL Bar #599425
INSURANCE LITITATION GROUP, P.A.
1500 NE 162nd Street
Miami, FL 33162
Telephone: (786) 529-0090
Fax: (866) 239-9520
Twilliams@ilgpa.com
service@ilgpa.com
*Attorney for Plaintiff*

*/s/ El Shon D. Richmond*
El Shon D. Richmond, TN Bar #029608
Matthew S. Ponzi, Pro Hac Vice Admitted
Alexander Bialk, Pro Hac Vice Admitted
FORAN GLENNON PALANDECH PONZI
& RUDLOFF, P.C.
555 Marriott Drive, Suite 315
Nashville, Tennessee 37214
Telephone: (312) 863-5028
erichmond@fgppr.com
mponzi@fgppr.com
abialk@fgppr.com

S. Newton Anderson, TN Bar #9335
Cameron M. Watson, TN Bar #33613
SPICER, RUDSTROM, PLLC.
6060 Primacy Parkway, Suite 401
Memphis, TN 38119
Office: (901) 522-2305
Mobile: (901) 483-5223
nanderson@spicerfirm.com
cwatson@spicerfirm.com

*Attorneys for Defendant*

3