IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| COX'S PARADISE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:25-cv-01080-Djay |
| ) | |
| THE CHARTER OAK FIRE ) | **Jury Demand** |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### **ORDER RE JOINT MOTION TO EXTEND ADR DEADLINE AND MODIFY SCHEDULING ORDER**

Before the Court is the Parties' Joint Motion to Extend the ADR Deadline and Modify Scheduling Order. The Court having reviewed said Motion and in the exercise of its discretion hereby grants same. amended complaint at a later date.

IT IS HEREBY ORDERED that the motion is GRANTED, and the dates are modified as follows:

| **Case Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| ADR Deadline under Rule 4.3(a) | October 14, 2025 | December 16, 2025 |
| Motions to Dismiss | October 20, 2025 | December 19, 2025 |
| Complete Written Discovery | December 27, 2025 | April 28, 2026 |
| Complete all Fact Discovery | January 26, 2026 | May 26, 2026 |
| Plaintiff to Disclose Experts and Reports | November 27, 2025 | June 26, 2026 |
| Defendant to Disclose Experts and Reports | December 27, 2025 | July 27, 2026 |
| Depositions of Expert Witnesses | January 26, 2026 | August 28, 2026 |
| Deadline for Dispositive Motions | February 25, 2026 | September 25, 2026 |

IT IS SO ORDERED this 14th day of October 2025.

        **s/Jon A. York**
        UNITED STATES MAGISTRATE JUDGE