# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### *Eastern Division*
### *Office of the Clerk*

| | |
|---|---|
| Wendy R. Oliver, Clerk | Deputy-In-Charge |
| 242 Federal Building | U.S. Courthouse, Room 262 |
| 167 N. Main Street | 111 South Highland Avenue |
| Memphis, Tennessee 38103 | Jackson, Tennessee 38301 |
| (901) 495-1200 | (731) 421-9200 |

## NOTICE OF RESETTING
### Before Judge Jon A. York, United States Magistrate Judge

October 14, 2025

RE:   1:25-cv-01080-jay
      *Cox's Paradise, LLC v. Charter Oak Fire Insurance Co*

**Dear Sir/Madam:**

A **Jury Trial** has **been RE-set** before **Judge Jon A. York** for **Monday, February 8, 2027** at **9:30 A.M.** A **PRE-TRIAL STATUS CONFERENCE** has been set for **Friday, January 29, 2027** at **1:30 P.M.** Both the trial and the status conference will be held in **Courtroom #3 - Jackson, 3rd floor of the Federal Building, Jackson, Tennessee.**

**A PROPOSED JOINT PRETRIAL ORDER** is due January 25, 207. **MOTIONS IN LIMINE, AND PROPOSED JURY INSTRUCTIONS** are due January 11, 2027. All proposed orders must be furnished to Judge's chambers via e-mail to ECF_Judge_York@tnwd.uscourts.gov.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
WENDY R. OLIVER, CLERK

BY:   **s/ Andrew Shulman**
      Case manager to Judge Jon A. York
      andrew_shulman@tnwd.uscourts.gov
      731-421-9275