# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| COX'S PARADISE, LLC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:25-cv-1080-jay |
| | ) | |
| v. | ) | **JURY DEMAND** |
| | ) | |
| THE CHARTER OAD FIRE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL**

This matter came before the Court upon the filing of Plaintiff's Motion for Substitution of Counsel [D.E. 41]. After reviewing the record and the motion, Plaintiff's motion is hereby GRANTED.

IT IS THEREFORE ORDERED that Michael Katz, Esq. is substituted as counsel of record for COX'S PARADISE, LLC in the above captioned matter.

IT IS FURTHER ORDERED that Tania Williams, Esq. shall have no further responsibility as counsel for the Plaintiff and shall be removed from these proceedings.

DONE AND ORDERED in Chambers in Jackson, Tennessee this 23d day of December, 2025.

s/Jon A. York
Honorable Jon A. York
UNITED STATES MAGISTRATE JUDGE