**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

COX'S PARADISE                                )
                                              )
                                              )
                                              )
            Plaintiff,                        )
                                              )
            v.                                )        Case No.: 1:25-cv-01080-JBJ-jay
                                              )
THE CHARTER OAK FIRE                          )
INDEMNITY COMPANY,                            )
                                              )
            Defendant.                        )

<u>**JOINT MOTION TO EXTENDED CASE DEADLINES**</u>

Defendant, The Charter Oak Fire Insurance Company, and Plaintiff, Cox's Paradise, LLC

(the "Parties"), by and through the undersigned counsel, respectfully move this Court to extend

the case management deadlines. In support of this Joint Motion, the Parties state the following:

1.      This case is an insurance dispute regarding alleged hail and/ or wind damage to

Plaintiff's warehouse in Humboldt, Tennessee, on or about March 13, 2023.

2.      On May 30, 2025, Defendant filed an unopposed Motion for Extension of Time to

Respond to Plaintiff's Complaint, which was granted allowing Defendant to answer the Complaint

by June 17, 2025. (Doc. 16 & 17).

3.      Thereafter, Defendant filed its Answer and Affirmative Defenses on June 17, 2025.

(Doc. 18).

4.      On October 1, 2025, this Court entered an Order Extending the Deadlines, which

outlined the current scheduling deadlines. (Doc. 35).

5.      The Parties have diligently worked to meet the current scheduling deadlines,

including setting a scheduled mediation and exchanging written discovery requests.

6.      An unforeseen delay occurred when both Plaintiff and Defendant had a change of

counsel. New counsel for Defendant (Reagan N. Brock) promptly filed her Notice of Appearance on November 14, 2025. (Doc. 38). Ms. Brock needed some time to get familiar with the underlying claims in question and pleadings on file. New counsel for Plaintiff (Michael Katz) filed his Notice of Appearance on December 22, 2025. (Doc. 40), who likewise needed time to get familiar with the issues of this litigation.  Additionally, lead counsel for the defense, Alexander J. Bialk, left Foran Glennon Palandech Ponzi & Rudloff in March 2026, which has created additional delay.

7.      This Court has broad discretion under Rule 16(b) to "manage the schedule by which litigation takes place." *HLFIP Holding, Inc. v. Rutherford Cnty., Tennessee*, No. 3:19-CV-00714, 2021 WL 6498858, at *12 (M.D. Tenn. Nov. 15, 2021). A schedule may be modified for "good cause," and the Court has "substantial discretion" over such pretrial matters. *See Trinity Faire LLC v. Am.'s Collectibles Network, Inc*., No. 3:22-CV-417, 2024 WL 4954303, at *4 (E.D. Tenn. Dec. 3, 2024) (quoting *Shelbyville Hosp. Corp. v. Mosley*, No. 4:13-cv-88, 2017 WL 1155046, at *2 (E.D. Tenn. Mar. 27, 2017)). "The Sixth Circuit has held that the 'primary measure of Rule 16's "good cause" standard is the moving party's diligence in attempting to meet the case management order's requirements.'" *State Farm Mut. Automobile Ins. Co. v. Physiomatrix, Inc*., No. 12-CV-11500, 2014 WL 10294798, at *4 (E.D. Mich. June 16, 2014) (quoting *Inge v. Rock Fin. Corp*., 281 F.3d 613, 625 (6th Cir. 2002)).

8.      Based on the foregoing, the Parties jointly request that the Court amend the schedule as follows:

| Description | Current Deadline | Requested Deadline |
| --- | --- | --- |
| Complete Written Discovery | April 28, 2026 | July 30, 2026 |
| Complete all Fact Discovery | May 26, 2026 | October 30, 2026 |
| Plaintiff to disclose experts and reports | June 26, 2026 | November 30, 2026 |

| Defendant to disclose experts and reports | July 27, 2026 | January 15, 2027 |
|---|---|---|
| Deposition of Expert Witnesses | August 28, 2026 | March 31, 2027 |
| Deadline for Dispositive Motions | September 18, 2026 | May 14, 2027 |

9.      The parties are scheduled for mediation on August 5, 2026.

10.     The parties submit that this request for extension is made in good faith, and not for the purpose of delay.

11.     Both Parties agree with the proposed requested deadlines set forth within this Motion and there is no opposition.

WHEREFORE, for good cause shown, the Parties respectfully request this Court amend the current Case Management Order and Deadlines (Doc. 35) in this case to reflect the dates above in Paragraph 8, and all other pretrial dates set forth in the Case Management Order (Doc. 35).

Respectfully submitted,

/s/ *Reagan N. Brock*
Matthew S. Ponzi (mponzi@fgppr.com)
Reagan N. Brock (rbrock@fgppr.com), TN BPR# 038471
Foran Glennon Palandech Ponzi & Rudloff PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
Tel: (312) 863-5000
Fax: (312) 863-5099

*Attorneys for Defendant*

Michael Katz
FL Bar No. 1024707
Insurance Litigation Group, P.A.
1500 NE 162nd Street
North Miami Beach, FL 33162
Telephone: (786) 529-0090
Facsimile: 866-239-9520
E-Mail: mkatz@ilgpa.com

*Attorney for Plaintiff*

3