# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

COX'S PARADISE ))

)
)

Plaintiff, )

)

v. )    Case No.: 1:25-cv-01080 -jay

)

THE CHARTER OAK FIRE )
INDEMNITY COMPANY, )

)

Defendant. )

## ORDER ON JOINT MOTION TO EXTENDED CASE DEADLINES

Before the Court is the Parties' Joint Motion to Extend the Scheduling Order. The Court having reviewed said Motion and in the exercise of its discretion hereby grants the same.

IT IS HEREBY ORDERED that the Motion is GRANTED, and the dates are modified as follows:

| Case Event | Current Deadline | Requested Deadline |
|---|---|---|
| Complete Written Discovery | April 28, 2026 | July 30, 2026 |
| Complete all Fact Discovery | May 26, 2026 | October 30, 2026 |
| Plaintiff to disclose experts and reports | June 26, 2026 | November 30, 2026 |
| Defendant to disclose experts and reports | July 27, 2026 | January 15, 2027 |
| Deposition of Expert Witnesses | August 28, 2026 | March 31, 2027 |
| Deadline for Dispositive Motions | September 18, 2026 | May 14, 2027 |

IT IS SO ORDERED, this the 28th day of May, 2026.

**s/Jon A. York**
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

/s/ *Reagan N. Brock*
Matthew S. Ponzi (mponzi@fgppr.com)
Reagan N. Brock (rbrock@fgppr.com), TN BPR# 038471
Foran Glennon Palandech Ponzi & Rudloff PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
Tel: (312) 863-5000
Fax: (312) 863-5099

*Attorneys for Defendant*


Michael Katz
FL Bar No. 1024707
Insurance Litigation Group, P.A.
1500 NE 162nd Street
North Miami Beach, FL 33162
Telephone: (786) 529-0090
Facsimile: 866-239-9520
E-Mail: mkatz@ilgpa.com

*Attorney for Plaintiff*