**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

**COX'S PARADISE, LLC**,

    Plaintiffs,

**v.**                            **No.  1:25-cv-01080-JDB-jay**

**THE CHARTER OAK FIRE**          JURY DEMANDED
**INSURANCE COMPANY**,

    Defendant.

---

**STATEMENT OF MATERIAL FACTS**

---

1.    Plaintiff owned the property located at 185 Hwy 45 West, Humboldt, TN 38343 (the "Property") when the Property allegedly suffered damage as a result of wind and hail on or about March 31, 2023 (the "Loss").

2.    Defendant acknowledged the loss with claim FNK8864 (the "Claim").

3.    On or about March 31, 2023, there were nearly 140 separate weather reports from Hail Trace in the general region of the Property on March 31, 2023. *See Affidavit of James Howard.*

4.    That same day there a "historic tornado outbreak" per the National Weather Service.

5.    "A widespread tornado outbreak occurred Friday, March 31, 2023 involving nearly 150 tornadoes across the country." *Id. quoting the National Weather Service.*

6.    On March 31, 2023, the Property was directly in the path of at least one tornado. *Id.*

7.    The most probable true wind speed range around the Property on March 31, 2023, would be between 73-82 mph. *See Affidavit of Matt Phelps.*

8.    The maximum wind speed around the Property was 83 mph. *Id.*

9.    The reporting of the severe weather event was captured in real time by an employee of Plaintiff, Amanda Agnew. *See Exhibit C attached to Affidavit of Amanda Agnew.*

10.    There is no genuine issue of material fact that a severe weather even occurred around the Property on March 31, 2023.

11.    There is no genuine dispute of material fact that there were tornado warnings in the vicinity of the Property on March 31, 2023.

12.    There is no genuine dispute of material fact that on March 31, 2023, the Property was directly in the path of at least one tornado.

13.    There is no genuine dispute of material fact that the vicinity of the Property was under a tornado warning on March 31, 2023.

14.     There is no genuine dispute of material fact that the most probable true wind speed range around the Property on March 31, 2023, would be between 73-82 mph.

15.     There is no genuine dispute of material fact that the maximum wind speed around the Property was 83 mph.

Respectfully submitted,

By: /s/ Michael Katz
Michael Katz, Esq.
FL Bar No. 1024707
INSURANCE LITIGATION GROUP, P.A.
*Attorney for Plaintiff*
1500 NE 162nd Street
North Miami Beach, FL 33162
Telephone: (786) 529-0090
Facsimile: 866-239-9520
E-Mail:mkatz@ilgpa.com,
service@ilgpa.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July 2026, the foregoing document is being served this day on all counsel of record: Matthew S. Ponzi, Esq., and Reagan N. Brock, Esq., of Foran Glennon Palandech Ponzi & Rudolff PC, at mponzi@fgppr.com and rbrock@fgppr.com via electronic service and/or electronic mail.

*/s/ Michael Katz*

Michael Katz, Esq.