**IN THE UNITED STATE DISTRICT OCURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| COX'S PARADISE, LLC,<br><br>Plaintiff,<br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:25-cv-01080-JDB-jay<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

COMES NOW MADISON L. GATTIS, ESQ., with the law firm of Foran, Glennon, Palandech, Ponzi & Rudloff PC, and hereby files her Notice of Appearance to represent the Defendant, THE CHARTER OAK FIRE INSURANCE COMPANY. It is respectfully requested that all future pleadings and discovery be served upon the undersigned in connection with this action.

Respectfully Submitted,

Foran Glennon Palandech Ponzi & Rudloff PC

*/s/ Madison L. Gattis*

MADISON L. GATTIS, ESQ.
Tennessee Bar No: 041253
315 Deadrick Street, Suite 1700
Nashville, TN. 37238
Telephone: (615) 649-6279
mgattis@fgppr.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on October 30, 2026, on all counsel of record.

*/s/ Madison L. Gattis* .
MADISON L. GATTIS, ESQ.